08-4228-cv
Howard v. The City of New York

# UNITED STATES COURT OF APPEALS
## FOR THE SECOND CIRCUIT

## SUMMARY ORDER

RULINGS BY SUMMARY ORDER DO NOT HAVE PRECEDENTIAL EFFECT. CITATION TO A SUMMARY ORDER FILED ON OR AFTER JANUARY 1, 2007, IS PERMITTED AND IS GOVERNED BY FEDERAL RULE OF APPELLATE PROCEDURE 32.1 AND THIS COURT'S LOCAL RULE 32.1.1. WHEN CITING A SUMMARY ORDER IN A DOCUMENT FILED WITH THIS COURT, A PARTY MUST CITE EITHER THE FEDERAL APPENDIX OR AN ELECTRONIC DATABASE (WITH THE NOTATION "SUMMARY ORDER"). A PARTY CITING A SUMMARY ORDER MUST SERVE A COPY OF IT ON ANY PARTY NOT REPRESENTED BY COUNSEL.

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, in the City of New York, on the 4th day of February, two thousand and ten.

Present: RICHARD C. WESLEY,
         GERARD E. LYNCH,
                   *Circuit Judges*,
         MARK R. KRAVITZ
                   *District Judge.*\*

———————————————————————————————————————————————————

DONOVAN HOWARD,

              *Plaintiff-Appellant*,

         - v. -                                 (08-4228-cv)

THE CITY OF NEW YORK and NEW YORK CITY
HUMAN RESOURCES ADMINISTRATION,

              *Defendants-Appellees.*\*\*

———————————————————————————————————————————————————

\*  The Honorable Mark R. Kravitz, United States District Court for the District of Connecticut, sitting by designation.

\*\*  The Clerk of the Court is respectfully directed to amend the official caption in this action to conform to the caption in this summary order.

For Appellant:                    DONOVAN HOWARD, *pro se*,
                                  Reisterstown, Maryland.

For Appellees:                    CHERYL PAYER, Assistant
                                  Corporation Counsel, City of New
                                  York Law Department, New York,
                                  New York.

Appeal from the United States District Court for the Southern District of New York (Koeltl, J.).

**UPON DUE CONSIDERATION, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the August 4, 2008 judgment of the United States District Court for the Southern District of New York is **AFFIRMED.**

Plaintiff Donovan Howard, *pro se*, commenced this employment-discrimination action pursuant to Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e *et seq.*, alleging that, because of his race and gender, he was subjected to a hostile work environment and wrongfully terminated. Following discovery, the district court conducted a jury trial that resulted in a verdict in favor of defendants. We presume the parties' familiarity with the facts, the procedural history of the case, and the issues on appeal.

Having reviewed plaintiff's submissions and conducted an independent review of the record, we find no reversible error in the proceedings below. First, the magistrate judge to whom the matter was referred for general pretrial

purposes did not abuse his discretion when managing the discovery process and denying plaintiff's motions for appointment of counsel, recusal, and sanctions. Second, we find no error in either (1) the district court's denial of plaintiff's additional motions for appointment of counsel, partial summary judgment, and recusal; or (2) its evidentiary rulings and administration of the jury trial in this matter. With specific reference to plaintiff's complaint that the version of Exhibit B received in evidence at the trial differed from the photocopy he received during discovery, the district court carefully examined the disputed versions of Exhibit B and correctly found no substantial difference between the two. Finally, to the extent that plaintiff has challenged the merits of the jury's verdict in his briefing, we find his contentions in that regard to be unsupported by the record and therefore unavailing.

In sum, we have considered each of plaintiff's arguments and find them to be without merit. Accordingly, the August 4, 2008 judgment of the district court is **AFFIRMED.**

For the Court
Catherine O'Hagan Wolfe, Clerk

3